David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
      Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

In re: | Bankruptcy No. 09-20454  09-20545
MATTHEW TRIMBLE | (Chapter 7)
HEIDI TRIMBLE, | Judge Joel T. Marker
   Debtor(s) |

## DEPOSIT OF UNCLAIMED FUNDS

    David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

___ A     The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B     The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | America First Credit Union<br>PO Box 9199<br>1344 West 4675 South<br>Ogden, UT 84409 | $0.58 |
| | FIA Card Services, NA/Bank of America<br>by American Infosource LP<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $0.19 |
| | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $1.02 |



    American Express Centurion Bank                    $0.80
    c/o Becket and Lee LLP
    POB 3001
    Malvern, PA 19355-0701

A check in the amount of $2.59 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 28 day of September, 2010

                                          DAVID L. MILLER
                                          Chapter 7 Trustee